# Third District Court of Appeal

## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1669
Lower Tribunal No. 18-9086

————————————

**Trandworld, Inc.,**
Petitioner,

vs.

**Justin Rubin, et al.,**
Respondents.


On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Tirado-Luciano & Tirado, and Monica Tirado and Alex Tirado-Luciano, for petitioner.

Siegfried Rivera, and B. Michael Clark, Jr., for respondents.


Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Petition dismissed. <u>See</u> Fla. R. App. P. 9.100(c)(1) (providing that a petition for certiorari must "be filed within 30 days of rendition of the order to be reviewed"); <u>see also</u> <u>Miccosukee Tribe of Indians of Fla. v. Lewis</u>, 122 So. 3d 504, 506 (Fla. 3d DCA 2013) (dismissing untimely petition for lack of jurisdiction).